■ EUGENE P. ZIPPERER et al., Respondents, v. LILLIAN W. SIEGEL et al., Defendants, and TOWN OF BABYLON, Appellant.— Order of the Supreme Court, Suffolk County, dated June 12, 1967, affirmed, without costs. In our opinion,

a trial should be had at which all the facts may be elicited in accordance with our previous determination (*Zipperer* v. *Siegel*, 27 A D 2d 552). Beldock, P. J., Brennan, Hopkins, Munder and Martuscello, JJ., concur. ⁚